1  Rachel R. Davidson, (State Bar No. 215517)
   PRESTON GATES & ELLIS LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
4
   David A. Bateman (WSBA No. 14262)
5  Shaakirrah R. Sanders (WSBA No. 37244)
   PRESTON GATES & ELLIS LLP
6  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
7  Telephone: (206) 623-7580
   Facsimile: (206) 370-6110
8
   Attorneys for Plaintiff
9  Microsoft Corporation

10

11                          **UNITED STATES DISTRICT COURT**

12                         **NORTHERN DISTRICT OF CALIFORNIA**

13
   MICROSOFT CORPORATION, a                 ) Case No. C 06-06712 JCS
14 Washington corporation,                  )
                              Plaintiff,    ) **[PROPOSED] ORDER GRANTING**
15                                          ) **APPLICATION FOR ADMISSION OF**
        v.                                  ) **SHAAKIRRAH R. SANDERS PRO HAC**
16                                          ) **VICE**
   DENISE H. RICKETTS d/b/a MYDENCOM,       )
17                                          )
                              Defendant.    )
18                                          )
                                            )
19                                          )
                                            )
20 _____ )

21     Shaakirrah R. Sanders, an active member in good standing of the Bar Associations of the

22 States of Louisiana, New York, and Washington, U.S. District Court for the Eastern, Western, and

23 Middle Districts of Louisiana, U.S. District Court for the Western District of Washington, and the

24 U.S. Court of Appeals for the Second, Fifth, Eighth, and Ninth Circuits, and, whose business address

25 and telephone number are Preston Gates & Ellis LLP, 925 Fourth Avenue, Suite 2900, Seattle,

26 Washington 98104-1158, (206) 623-7580, having applied in the above-entitled action for admission

27

28

[PROPOSED] ORDER GRANTING APPLICATION                   1                        Printed on Recycled Paper
FOR ADMISSION OF SHAAKIRRAH R. SANDERS *PRO HAC VICE*
C 06-06712 JCS

Dockets.Justia.com

to practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: Nov. 3, 2006

_____
United States [Magistrate] Judge
*Judge Joseph C. Spero*

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF SHAAKIRRAH R. SANDERS *PRO HAC VICE*
C 06-06712 JCS

2    Printed on Recycled Paper